■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BASIL TROTMAN, Appellant. [832 NYS2d 818]—Appeal by the defendant from a judgment of the County Court, Westchester County (Alessandro, J.), rendered August 10, 2005, convicting him of criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

To the extent that the defendant challenges the legal sufficiency of the evidence, this challenge is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19-20 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

Resolution of issues of credibility is primarily a matter to be determined by the factfinder, which saw and heard the witnesses, and its determination should be afforded great deference on appeal (*see People v Romero,* 7 NY3d 633, 644-645 [2006]; *People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]). Upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,*

*supra* at 643-644). Crane, J.P., Krausman, Goldstein and Dillon, JJ., concur.